| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Hovland, Daniel L | 2. Court or Organization U.S. District Court, ND | 3. Date of Report 5/2/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date 5/2/2005 ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2 04 to 12/31/2004 |
| 7. Chambers or Office Address 220 E. Rosser Ave. Ste. 411 Bismarck North Dakota 58 1 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, i compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. Park Board Commissioner | Bismarck Parks & Recreation District |
| 2. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |

RECEIVED Ma 9 10 23 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. Capital One | Credit Card | J |
| 2. U.S. Bank | Credit Card | J |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hovland, Daniel L | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental property, Bismarck, ND(1990 - $95,000) | | None | M | Q | Sold | 1/08 | M | E | Bill Tepley |
| 2. G.R. Associates | D | Distribution | K | W | | | | | |
| 3. Ridgewood Electric Power Trust V | A | Dividend | K | T | | | | | |
| 4. Ridgewood Power Growth Fund | A | Dividend | J | T | | | | | |
| 5. Epoch-Kissimmee Investors | A | Dividend | K | T | | | | | |
| 6. Epoch-Florida Capital Raleigh | B | Dividend | K | T | | | | | |
| 7. Epoch-Florida Capital Hotel Partners III | A | Dividend | J | T | | | | | |
| 8. Epoch-Florida Capital - Calypso Cay, Ltd. | A | Dividend | K | T | | | | | |
| 9. Epoch-Florida Capital Hotel Partners (Dallas) | A | Dividend | J | T | | | | | |
| 10. Master Investment I | | None | L | T | | | | | |
| 11. Master Investment II | | None | K | T | | | | | |
| 12. MKBY | | None | K | T | | | | | |
| 13. Ridgewood Electric Power Trust V (IRA) | | None | J | T | | | | | |
| 14. Ridgewood Power Growth Fund (IRA) | B | Interest | L | T | | | | | |
| 15. Epoch-Florida Capital Land Investment (IRA) | D | Dividend | M | T | | | | | |
| 16. Epoch-Florida Capital Hotel Partners (IRA) | | None | K | T | | | | | |
| 17. Epoch-Florida Capital Hotel Partners II (IRA) | | None | K | T | | | | | |
| 18. Epoch-Florida Capital Hotel Partners III (IRA) | | None | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hovland, Daniel L | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Epoch-Florida Capital Raleigh (IRA) | | None | J | T | | | | | |
| 20. I.R.E.T. (IRA) | B | Dividend | I. | T | | | | | |
| 21. Edmin.com | | None | J | T | | | | | |
| 22. Munder Net Fund (IRA) | | None | J | T | | | | | |
| 23. First American Funds (IRA) | | None | J | T | | | | | |
| 24. Janus Twenty Fund (401K) | A | Dividend | K | T | | | | | |
| 25. Janus Worldwide Fund (401K) | A | Dividend | K | T | | | | | |
| 26. Epoch - Florida Capital Hotel Partners III | | None | J | T | | | | | |
| 27. Epoch - Florida Hotel Partners II | | None | J | T | | | | | |
| 28. Epoch - Florida Hotel Partners II | | None | J | T | | | | | |
| 29. Kemper Advantage III - Large Cap U.S. Stock (IRA) | | None | J | T | | | | | |
| 30. Kemper Advantage III - Balanced (IRA) | | None | J | T | | | | | |
| 31. Northwestern Mutual (IRA'S) | A | Dividend | J | T | | | | | |
| 32. Bank Center First - Account | A | Interest | J | T | | | | | |
| 33. Capital Credit Union - Account | A | Interest | J | T | | | | | |
| 34. BNC National Bank - Account | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$6,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and B4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (indicate part of Report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Hovland, Daniel L.

Date of Report

5/2/2005

VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date  **5-2-05**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544